AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For **Revocation** of Probation or Supervised Release) |
| LATASHA A. ROBINSON | |

FILED MAR 24 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE

Case No. 4:99CR40076-001-JPG

USM No. 04798-025

Melissa A. Day, FPD
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  as alleged in petition  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Statutory | The defendant committed the offense of Unlawful Financial Exploitation of Disabled Person & Unlawful Use Credit Card | 06/20/2007 |
| Standard # 2 | The defendant failed to submit written reports timely | 08/30/2007 |
| Standard # 11 | Defendant failed to notify probation of questioning by police | 08/23/2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9979

Defendant's Year of Birth: 1977

City and State of Defendant's Residence:
Murphysboro, Il

03/19/2008
Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert          District
Name and Title of Judge

March 21, 2008
Date

DEFENDANT: LATASHA A. ROBINSON
CASE NUMBER: 4:99CR40076-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

18 months (This term is to run consecutive to the State sentence that the defendant is now serving).

☒ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be placed in a half-way house toward the end of her sentence.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL